Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH BELIFE, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER B. HIGGINS, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-02123-BAT <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> January 29, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 7, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on March 7, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 7, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute U.S. Citizenship and Immigration Services ("USCIS") Acting Director Jennifer B. Higgins for Ur M. Jaddou.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02123-BAT] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for February 6, 2025. USCIS agrees to diligently work towards completing the adjudication within 90 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until May 7, 2025. The parties will submit a status update on or before May 7, 2025.

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02123-BAT] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 30th day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | NIMER LAW LLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jennifer Nimer*<br>JENNIFER NIMER (61962)<br>Nimer Law LLC<br>6500 Emerald Parkway, Suite 100<br>Dublin, Ohio 43016<br>Phone: 614-927-0550<br>Email:  jnimer@nimerlaw.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02123-BAT] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until **May 7, 2025**. The parties shall submit a status update on or before May 7, 2025. It is so **ORDERED**.

DATED this 30th day of January, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02123-BAT] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800